**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

02-9140

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] ] | Magistrate Case No.   A 490607; A 490608 (A) |
| | ] | A 490609 (C); A 490610 (C) |
| LOWE, JOHNATHAN D. | ] ] | |
| | ] | COMPLAINT |
| | ] | Offense on a Federal Reservation |

BEFORE the **Honorable Anthony R. Mautone,** West Orange, New Jersey, a United States Magistrate Judge for the Judicial District of New Jersey, especially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal Reservation, under the provisions of 18 United States Code Section 3401, personally appeared this day **Steven J. Fromm**, Special Assistant United States Attorney, Office of the Staff Judge Advocate, Fort Dix, New Jersey, who under oath charges that:

On or about the 29TH day of September 2001 at, Fort Dix, New Jersey, in the Judicial District of New Jersey, **JOHNATHAN D. LOWE** did,

1. knowingly possess or cause to be present a firearm, to wit: a semi-automatic .22 caliber rifle on Fort Dix, New Jersey, a Federal facility;
2. knowingly possess or cause to be present a firearm, to wit: .45 caliber handgun on Fort Dix, New Jersey, a Federal facility;
3. become a disorderly person by recklessly creating a risk of public alarm by knowingly possessing large capacity magazines, to wit: six magazines with a thirty cartridge capacity;
4. become a disorderly person by recklessly creating a risk of public alarm by knowingly possessing hollow-nose bullets, to wit: approximately eight .45 caliber cartridges.

in Violation of:

1. 18 USC 930;
2. 18 USC 930;
3. 18 USC 13 and NJSA 2C:33-2(a)(2)
4. 18 USC 13 and NJSA 2C:33-2(a)(2)

The name of the Complainant is **CAPTAIN STEVEN J. FROMM,**

_____
Special Assistant United States Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, AT FORT DIX, NEW JERSEY, ON THIS 22ND DAY OF AUGUST 2002.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE